**Opinion issued May 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00309-CV

———————————

## IN RE YUCOB RYLANDER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Yucob Rylander has filed a petition for writ of mandamus, requesting that we compel the district clerk to reassign the case to a new judge and void all orders by Judge Dedra Davis.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Johnson and Dokupil.

---

[1] The underlying case is *Yucob Rylander v. Archer Systems, LLC and Brent Coon and Associates*, cause number 2025-006681, pending in the 270th District Court of Harris County, the Honorable Dedra Davis presiding.